IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

| | |
|---|---|
| MODERN GLOBAL INTERNATIONAL COMPANY LTD., a Hong Kong limited company | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| RWC GROUP, LLC, a Pennsylvania limited liability company, | )<br>)<br>) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff Modern Global International Company Ltd. ("MGIC") sues defendant RWC Group, LLC ("RWC") and states:

## PARTIES

1. Plaintiff MGIC is a company organized and existing under the laws of Hong Kong. Its principal place of business is in the State of Israel.

2. Defendant RWC Group, LLC is a Pennsylvania limited liability company with its principal place of business in Broward County, Florida.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because plaintiff is a citizen of Israel and defendant is a citizen of Florida and the amount in controversy is in excess of $75,000.00.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to plaintiff's claims occurred in this district.

## **FACTUAL ALLEGATIONS**

### COUNT I

5. On or about January 26, 2016, defendant executed and delivered to plaintiff a Business Loan Agreement, a copy being attached.

6. Plaintiff owns and holds the Business Loan Agreement.

7. Defendant failed to pay the Business Loan Agreement when due.

8. Defendant owes plaintiff $2,000,000.00 that is due with interest since January 26, 2016, pursuant to the agreement.

9. All conditions precedent to this action have occurred, been performed or were waived.

10. Plaintiff has engaged the undersigned firm of attorneys and has agreed to pay the said firm a reasonable fee for its services.

Wherefore, plaintiff demands judgment for damages against the defendant together with interest, costs and attorneys' fees and such other relief as is meet and just.

### COUNT II

Plaintiff sues defendant and re-alleges paragraphs 1-3 inclusive, 8 and 9, and further alleges:

11. Defendant owes plaintiff $2,000,000.00 that is due with interest since January 26, 2016, for money lent by plaintiff to defendant on that date.

Wherefore, plaintiff demands judgment for damages against the defendant together with interest, costs and attorneys' fees and such other relief as is just and meet.

## COUNT III

Plaintiff sues defendant and re-alleges paragraphs 1-3 inclusive, 8 and 9, and further alleges:

12. Defendant owes plaintiff $2,003,655.09 that is due with interest for money lent of the following dates and in the following amounts:

| | |
|---|---|
| January 28, 2016 | $896,270.00 |
| February 17, 2016 | $498,295.00 |
| April 5, 2016 | $502,910.09 |
| April 13, 2016 | $106,580.00. |

Wherefore, plaintiff demands judgment for damages against defendant, together with costs and interest and such other and further relief as this court deems meet and just.

Dated: August 28, 2019.

**PAYTON & ASSOCIATES, LLC**
*Attorneys for Plaintiff*
2 S. Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305-372-3500
Email:  payton@payton-law.com
        smorejon@payton-law.com

By:     */s/ Harry A. Payton, Esq.*
        Harry A. Payton, Esq.
        FBN: 097527